ACCEPTED
03-14-00629-CV
4788470
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/7/2015 12:44:07 PM
JEFFREY D. KYLE
CLERK

# WALSH, ANDERSON, GALLEGOS, GREEN and TREVIÑO, P.C.

## ATTORNEYS AT LAW

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/7/2015 12:44:07 PM
JEFFREY D. KYLE
Clerk

April 7, 2015

The Honorable Jeffrey D. Kyle
Clerk, Third Court of Appeals of Texas
P.O. Box 12547
Austin, Texas 78711-2547

Re:     Appeal No. 03-14-00629-CV; Trial Court No. D-1-GN-13-003654; *Los Fresnos Consolidated Independent School District and Michael L. Williams, Commissioner of Education v. Jorge* Vazquez; In the Third Judicial District Court of Appeals, Austin, Texas

Dear Mr. Kyle:

Pursuant to the Court's letter dated March 30, 2015, requesting confirmation of the parties' interest in oral argument before the Court, this letter is written to notify the Court and all parties of record that counsel for Appellant Los Fresnos Consolidated Independent School District, intends to argue this case before the Court on April 22, 2015 at 1:30 p.m.

Thank you for your attention to this matter.

Sincerely,

/s/ Craig Wood
D. Craig Wood
Walsh, Anderson, Gallegos, Green & Trevino, P.C.
100 N.E. Loop 410, Suite 900
San Antonio, Texas 78216
Phone: (210) 979-6633; Fax: (210) 979-7024
Email: cwood@wabsa.com
ATTORNEYS FOR LOS FRESNOS CISD

DCW/dmc

cc:          Counsel/Parties of Record

100 N.E. Loop 410, #900, San Antonio, TX 78216   MAIL : P.O. Box 460606, San Antonio, TX 78246

T : 210.979.6633   F : 210.979.7024   www.WalshAnderson.com